IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF/RESPONDENT |
| V.     CASE NO. 5:20-CR-50066 | |
| STEWART CARR | DEFENDANT/PETITIONER |

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 43) filed in this case on July 21, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 43) is **ADOPTED IN ITS ENTIRETY**, and Defendant/Movant's Motion to Vacate under 28 U.S.C. § 2255 (Doc. 35) is **DENIED**. For the reasons stated in the Report and Recommendation, a request for Certificate of Appealability is also **DENIED**.

**IT IS SO ORDERED** on this 9th day of August, 2022.

                                            /s/ Timothy L. Brooks
                                            TIMOTHY L. BROOKS
                                            UNITED STATES DISTRICT JUDGE